IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.             CASE NO. 1:04-cr-00005-MP-AK

SANDY ALAN SQUITIERI ,
VALERIE ANN SQUITIERI,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 49, Amended Motion for Early Termination of Probation, filed by Defendants Sandy Alan Squitieri and Valerie Ann Squitieri. In their motion, Defendants request early termination of probation in this case and discharge from further supervision pursuant to 18 U.S.C. § 3564(c). After considering the motion and the factors listed in § 3553(a), the Court finds that the interests of justice are not served by granting early termination of probation. Accordingly, Defendants' motion is denied.

**DONE AND ORDERED** this  *12th* day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge